CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
BARBARA EUCKER
Assistant U.S. Attorneys
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii    96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
E-mail: Craig.Nolan@usdoj.gov
           Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) MAG. NO. 23-940 WRP |
| | ) |
| Person of Gabriel Eberhardt | ) EX PARTE MOTION TO |
| | ) UNSEAL DOCUMENTS; |
| | ) ORDER GRANTING MOTION |
| | ) TO UNSEAL DOCUMENTS |
| _____ | ) |

EX PARTE MOTION TO UNSEAL DOCUMENTS

Comes now, UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing all documents in connection with the above-entitled captioned matter, including the

search warrant and return, on the ground that there is no longer a law enforcement need to keep the documents under seal.

This Motion is based on the records and files of this case.

DATED:   December 15, 2023, at Honolulu, Hawaii.

>CLARE E. CONNORS
>United States Attorney
>District of Hawaii
>
>By /s/ *Barbara Eucker*
>     BARBARA EUCKER
>     CRAIG S. NOLAN
>     Assistant U.S. Attorneys
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | MAG. NO. 23-940 WRP |
| ) | |
| Person of Gabriel Eberhardt ) | ORDER GRANTION MOTION |
| ) | TO UNSEAL DOCUMENTS |
| ) | |
| ) | |
| _____ ) | |

ORDER GRANTING MOTION TO UNSEAL DOCUMENTS

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal All Documents, including the search warrant and return, and good cause appearing therefor,

IT IS HEREBY ORDERED that all the documents in regard to the above-entitled matter be unsealed.

DATED:  December 15, 2023, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge